```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 00073
    ELRIDGE VALENTINE IV
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2909


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/03/2007 and was confirmed 03/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/13/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED VEHIC    19440.09          167.48           300.00
HSBC AUTO FINANCE          UNSECURED        NOT FILED            .00              .00
IL DEPT OF PUBLIC AID      DSO CURRENT      NOT FILED            .00              .00
IL DEPT OF HEALTHCARE &    DSO ARREARS      12536.43             .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY         NOT FILED            .00              .00
INTERNAL REVENUE SERVICE   PRIORITY          3074.68             .00              .00
SPRINT PCS                 UNSECURED        NOT FILED            .00              .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED            .00              .00
SPRINT COMMUNICATION       UNSECURED        NOT FILED            .00              .00
PREMIER BANCARD CHARTER    UNSECURED          413.26             .00              .00
GC SERVICES LIMITED PART   UNSECURED        NOT FILED            .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED        NOT FILED            .00              .00
INTERNAL REVENUE SERVICE   UNSECURED          417.93             .00              .00
IMAGINE/FBOFD              UNSECURED        NOT FILED            .00              .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED            .00              .00
ASSET ACCEPTANCE LLC       UNSECURED          848.79             .00              .00
NUVELL CREDIT CO LLC       UNSECURED        13238.11             .00              .00
PLAINS COMMERCE BANK       UNSECURED          182.23             .00              .00
TCF BANK                   UNSECURED        NOT FILED            .00              .00
ECMC                       UNSECURED        10879.21             .00              .00
ECMC                       UNSECURED         8042.51             .00              .00
SALLIE MAE LSCF            UNSECURED        NOT FILED            .00              .00
SALLIE MAE LSCF            UNSECURED        NOT FILED            .00              .00
SALLIE MAE LSCF            UNSECURED        NOT FILED            .00              .00
SALLIE MAE LSCF            UNSECURED        NOT FILED            .00              .00
LISA M WHITHEDAN           NOTICE ONLY      NOT FILED            .00              .00
MONTOYE MORGAN             NOTICE ONLY      NOT FILED            .00              .00
LVNV FUNDING               UNSECURED        NOT FILED            .00              .00
INTERNAL REVENUE SERVICE   SECURED NOT I   22606.37              .00              .00
PALISADES COLLECTION LLC   UNSECURED          619.50             .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,369.00                             809.68
TOM VAUGHN                 TRUSTEE                                                82.84

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00073 ELRIDGE VALENTINE IV
```

```
DEBTOR REFUND           REFUND                                      2,720.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    4,080.00

PRIORITY                                              .00
SECURED                                            300.00
      INTEREST                                     167.48
UNSECURED                                             .00
ADMINISTRATIVE                                     809.68
TRUSTEE COMPENSATION                                82.84
DEBTOR REFUND                                    2,720.00
                         ---------------    ---------------
TOTALS                     4,080.00              4,080.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
     Dated: 12/27/07                   _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE

                              PAGE    2
            CASE NO. 07 B 00073 ELRIDGE VALENTINE IV